**JOHN DILORENZO, JR., OSB #802040**
johndilorenzo@dwt.com
**AARON STUCKEY, OSB#954322**
aaronstuckey@dwt.com
**CHRIS SWIFT, OSB #154291**
chrisswift@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 SW Fifth Avenue, Suite 2400
Portland, Oregon  97201
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

**CHARLES M. ENGLISH, JR., DCB #386572**  (*Pro Hac Vice*)
chipenglish@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1919 Pennsylvania Avenue, Suite 800
Washington, D.C. 20006
Telephone:  (202) 973-4272
Facsimile:  (202) 973-4499

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

AT PORTLAND

| | |
|---|---|
| **MASONRY BUILDING OWNERS OF OREGON, an Oregon mutual benefit nonprofit corporation, FOUNTAIN VILLAGE DEVELOPMENT LLC, an Oregon limited liability company, and JIM A. ATWOOD, in his capacity as trustee of the Jim. A. Atwood Trust dated August 10, 2017,**<br><br>**PLAINTIFFS**,<br>v.<br><br>**TED WHEELER, in his official capacity as Mayor of the City of Portland and Commissioner in charge of the Bureau of Development Services, JOANNE HARDESTY, in her official capacity as Commissioner in charge of the Fire Bureau, and CITY OF PORTLAND, an Oregon municipal corporation,**<br><br>**DEFENDANTS**. | Case No.: 3:18-cv-02194-AC<br><br>**PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION**<br><br>**FED. R. CIV. P. 65**<br><br>**Oral Argument Requested** |

Page 1 – PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION

4817-2078-7853v.1 0110295-000012

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

## LOCAL RULE 7-1 CERTIFICATION

Counsel for plaintiffs conferred with counsel for defendants about the subject of this amended motion on multiple occasions, but were unable to resolve the dispute.  The Court has permitted the filing of this amended motion in its minute order of March 14, 2019, Dkt. 41.

## AMENDED MOTION

Pursuant to Federal Rule of Civil Procedure 65, plaintiffs Masonry Building Owners of Oregon, Fountain Village Development LLC, and Jim A. Atwood, amend their original Motion for Preliminary Injunction, Dkt. 24, and now move this Court for a preliminary injunction enjoining Defendants from enforcing the City of Portland's Ordinance No. 189399, which amends City Code Chapter 24.85 "Seismic Design Requirements for Existing Buildings."  This motion is supported by the memorandum in support and the declaration of Jeff Reingold filed herewith, the declarations of Chris Swift (Dkt. 26), Jim A. Atwood (Dkt. 27), John Beardsley (Dkt. 28), and Walt McMonies (Dkt. 29) filed in support of the original Motion for Preliminary Injunction, evidence that will be presented at the hearing, as well as the pleadings on file in this action.

DATED this 22nd day of March, 2019.

**DAVIS WRIGHT TREMAINE** LLP

By  /s/ John DiLorenzo
JOHN DILORENZO, JR., OSB #802040
johndilorenzo@dwt.com
AARON STUCKEY, OSB#954322
aaronstuckey@dwt.com
CHRIS SWIFT, OSB #154291
chrisswift@dwt.com
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

4817-2078-7853v.1 0110295-000012

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

CHARLES M. ENGLISH, JR., DCB #386572
(*Pro Hac Vice*)
chipenglish@dwt.com
Telephone:  (202) 973-4272
Facsimile:   (202) 973-4499

Attorneys for Plaintiffs

4817-2078-7853v.1 0110295-000012

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing **PLAINTIFFS' AMENDED**

**MOTION FOR PRELIMINARY INJUNCTION** on:

> Karen L. Moynahan, OSB #954924
> Chief Deputy City Attorney
> Email: karen.moynahan@portlandoregon.gov
> Denis M. Vannier, OSB #044406
> Senior Deputy City Attorney
> Email: denis.vannier@portlandoregon.gov
> Office of City Attorney
> 1221 SW 4th Ave., Room 430
> Portland, OR 97204
> Telephone (503) 823-4047
> Facsimile (503) 823-3089
>
> Of Attorneys for Defendants

☒    by emailing a copy thereof to said attorney at his/her last-known email

address as set forth above; and/or

☒    by using CM/ECF electronic service.

Dated this 22nd day of March, 2019.

**DAVIS WRIGHT TREMAINE LLP**

By:___*/s/ John DiLorenzo*_____
JOHN DILORENZO, JR., OSB #802040
johndilorenzo@dwt.com
AARON STUCKEY, OSB#954322
aaronstuckey@dwt.com
CHRIS SWIFT, OSB #154291
chrisswift@dwt.com
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

CHARLES M. ENGLISH, JR., DCB #386572
(*Pro Hac Vice*)
chipenglish@dwt.com
Telephone:  (202) 973-4272
Facsimile:  (202) 973-4499

Attorneys for Plaintiff

Page 4 CERTIFICATE OF SERVICE

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
(503) 241-2300 main · (503) 778-5299 fax