UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASONRY BUILDING OWNERS OF OREGON, an Oregon mutual benefit nonprofit corporation, FOUNTAIN VILLAGE DEVELOPMENT LLC, an Oregon limited liability company, and JIM A. ATWOOD, in his capacity as trustee of the Jim. A. Atwood Trust dated August 10, 2017,<br><br>    PLAINTIFFS,<br><br>v.<br><br>TED WHEELER, in his official capacity as Mayor of the City of Portland and Commissioner in charge of the Bureau of Development Services, DAN SALTZMAN in his official capacity as Commissioner in charge of the Fire Bureau and CITY OF PORTLAND, an Oregon municipal corporation,<br><br>    DEFENDANTS. | 3:18-cv-02194-AC<br><br>ORDER OF DISMISSAL AND AWARDING COSTS AND ATTORNEY'S FEES |

ACOSTA, Magistrate Judge:

    The parties have filed a Combined Joint Stipulated Motion to Dismiss Case as Moot and for Attorney-Fee Award (ECF 96). In that motion, the parties agree and stipulate that plaintiffs' claims for relief in the present matter are moot, and they jointly move this court to dismiss this case with prejudice. The parties also agree and stipulate that plaintiffs are entitled to an award of

attorney's fees and costs pursuant to 42 U.S.C. §1988 and L.R. 54.3 in the amount of $350,000.00, and they jointly move this court for an order to that effect.

The parties' Combined Joint Stipulated Motion to Dismiss Case as Moot and for Attorney-Fee Award (ECF 96) is GRANTED. The court HEREBY ORDERS that this case is dismissed with prejudice. FURTHER ORDERED that plaintiffs are awarded attorney's fees and costs in the amount of $350,000.00.

IT IS SO ORDERED.

DATED this 26th day of November, 2019

_____
JOHN V. ACOSTA
United States Magistrate Judge